UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-63085-BLOOM/Valle

MICHAEL KORS, L.L.C.,

    Plaintiff,

vs.

THE INDIVIDUAL, BUSINESS ENTITY,
OR UNINCORPORATED ASSOCIATION
d/b/a aj.safety1-4,
    Defendant.

_____

**ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION**
**MOTION FOR LEAVE TO TAKE EXPEDITED DISCOVERY**

**THIS CAUSE** is before the Court upon Plaintiff's *Ex Parte* Motion for Leave to Take Expedited Discovery, ECF No. [5], dated December 18, 2018. Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's *Ex Parte* Motion for Leave to Take Expedited Discovery, **ECF No. [5]**, is **GRANTED**;

2. Plaintiff is authorized to immediately issue subpoenas to, and depose only as necessary, Paypal, Inc., eBay, Inc., and any e-commerce platforms, email service providers, financial institutions and/or payment processors identified through the Subpoenas authorized herein. The discovery sought shall be reasonably limited to

CASE NO. 18-cv-63085-BLOOM/Valle

information and documents likely to assist in determining Defendant's name(s) and service address(es).

**DONE AND ORDERED** in Miami, Florida, this 18th day of December, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record